IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES MARTIN,

Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC., *et al.*,

Defendants.

Case No. 15-cv-607 JPG/SCW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 26, 2017**  **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray,* **Deputy Clerk**


**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**